[S. F. No. 9250. In Bank.—October 24, 1919.]

In the Matter of the Estate of MARY E. TURNER, Deceased.

[1] PROHIBITION—CONFIRMATION OF SALE OF REAL PROPERTY—REMEDY BY APPEAL.—Prohibition will not lie to prevent the superior court from hearing an application for the confirmation of a sale of real estate in the matter of the estate of a deceased person, but in the event of adverse action, the petitioner's remedy is by appeal.

APPLICATION for a Writ of Prohibition to prevent the confirmation of a probate sale. Denied.

The facts are stated in the opinion of the court.

H. S. Herrick, in pro. per., for Petitioner.

THE COURT.—[1]  The application for a writ of prohibition is denied upon the ground that such objections as petitioner has to urge to the confirmation of the sale referred to in the petition should be presented to the superior court at the time fixed by the clerk of said court for the hearing of the application for confirmation.  We cannot properly anticipate the action of the superior court in regard to such objections. It may be further noted that in the event of adverse action by the trial court, petitioner's remedy is by appeal.  (See Code Civ. Proc., sec. 1068.)

All the Justices concurred.